**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLA BARENBOY | Civil Action |
| Plaintiff, | No. 09-CV-3082 |
| v. | |
| JANET NAPOLITANO, Secretary, United States Department of Homeland Security, et al. | |
| Defendants. | |

February __24__, 2010

## ORDER

AND NOW, this _24_____ day of February, 2010, for the reasons stated in the accompanying opinion, it is ORDERED that defendants' motion to dismiss is GRANTED.

BY THE COURT:


/s Pollak_____
Pollak, J.